Matthew D. Resnik (SBN 182562)
Resnik Hayes Moradi LLP
510 W. 6th St
Suite 1220
Los Angeles, CA 90014
Tel: 213-572-0800 ; Fax: 213-572-0860
Email: matt@rhmfirm.com

Attorney for Debtor
ANA DURAN

BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street
Suite 1550
Santa Ana, CA 92705-4067
Telephone: 949.863.3363
Facsimile: 949.863.3350

Attorneys for Creditor
TROJAN CAPITAL INVESTMENTS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ANA DURAN<br><br>Debtor, | Case No. 2:18-bk-13697-SK<br><br>Chapter Number: 13<br><br>**STIPULATION RESOLVING HEARING ON DEBTORS' MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>**DATE: November 8, 2018**<br>**TIME: 8:30 a.m.**<br>**CTRM: 1575** |

Debtor Ana Duran (the "Debtor") and Creditor Trojan Capital Investments, LLC ("Trojan"), by and through counsel, request that the Court approve the following stipulation of the parties.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4829-3577-7913 v1
06837-0108

- 1 -

STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

Main Document Page 2 of 4

**WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. That the hearing on Debtors' *Notice of Motion and Motion to Avoid Junior Lien on Principal Residence* [Docket No. 20] (the "Motion"), currently set to be heard on November 8, 2018 at 8:30 a.m. in Dept. 1575 of this Court, be taken off-calendar.

2. The Motion is hereby DENIED with prejudice.

Dated: October 24, 2018

RESNIK HAYES MORADI LLP

By: [signature]
~~Matthew D. Resnik~~ Russell Stone
Attorneys for Debtor
ANA DURAN

Dated: October 18, 2018

BURKE, WILLIAMS & SORENSEN, LLP

By: [signature]
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Creditor
TROJAN CAPITAL INVESTMENTS, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4829-3577-7913 v1
06837-0108

- 2 -

STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**

A true and correct copy of the foregoing document entitled (*specify*):

**STIPULATION RESOLVING HEARING ON DEBTORS' MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kathy A Dockery (TR) EFiling@LATrustee.com**
- **Rafael R Garcia-Salgado rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com**
- **Matthew D. Resnik matt@rhmfirm.com, ResnikMR81240@notify.bestcase.com;roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com**
- **Richard J Reynolds rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjr-nef@bwslaw.com;fcabezas@bwslaw.com**
- **Valerie Smith claims@recoverycorp.com**
- **United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**
- **Robert P Zahradka caecf@tblaw.com, RPZ@tblaw.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Debtor:**<br>Ana Duran<br>3303 Prospect<br>La Crecenta, CA 91214 | **Lienholder:**<br>Select Portfolio Servicing, Inc<br>P.O. Box 65250<br>Salt Lake City, UT 84165 |
| **Judge:**<br>Honorable Sandra R. Klein<br>United States Bankruptcy Court<br>Central District of California, Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1582<br>Los Angeles, CA 90012 | |

☐ Service information continued on attached page

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4829-3577-7913 v1
06837-0108

- 3 -

STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| *Date* | Bernadette Antle<br>*Printed Name* | *Signature* |
|---|---|---|

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4829-3577-7913 v1
06837-0108

- 4 -

STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE