BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
Telephone:     949.863.3363
Facsimile:      949.863.3350

Attorneys for Creditor
TROJAN CAPITAL INVESTMENTS, LLC

**FILED & ENTERED**

**OCT 30 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ANA DURAN<br><br>Debtor, | Case No.  2:18-bk-13697-SK<br><br>Chapter Number:  13<br><br>**ORDER GRANTING STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>DATE:     November 8, 2018<br>TIME:     8:30 a.m.<br>CTRM:    1575 |

    Having considered the stipulation between Debtor Ana Duran and Creditor Trojan Capital Investments, LLC, by and through counsel, filed on October 24, 2018 as Docket No. 53 (the "STIPULATION"), and good cause appearing,

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4816-6829-1193 v1
06837-0108

- 1 -

ORDER GRANTING STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

Main Document    Page 2 of 2

IT IS ORDERED THAT

The Stipulation is approved in its entirety, and the hearing on DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [Docket No. 20] (the "Motion"), currently set to be heard on November 8, 2018, is off-calendar.

IT IS FURTHER ORDERED THAT

The Motion is DENIED with prejudice

**IT IS SO ORDERED.**

###

Date: October 30, 2018

Sandra R. Klein
United States Bankruptcy Judge

ATTORNEYS AT LAW
SANTA ANA

IRV #4816-6829-1193 v1
06837-0108

- 2 -

ORDER GRANTING STIPULATION RESOLVING HEARING ON DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE